1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dalene Kurhajian | Case No.  SA CV 16-00581-AB (AGRx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Atlantic Credit and Finance, Inc. | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 20, 2017        _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE